DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SHAKA MANSA GILCHRIST, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-4005

_____

December 13, 2023

Appeal from the Circuit Court for DeSoto County; Don T. Hall, Judge.

Robert L. Sirianni, Jr., of Brownstone, P.A., Winter Park, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Taylor Anne Schell, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

SLEET, C.J., and ROTHSTEIN-YOUAKIM and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.